**U.S. Bankruptcy Court**
**Northern District of Georgia**

In re:

Bankruptcy Case No.**18−22005−jrs**

**FISCHER CONTRACTORS, LLC**

Debtor

Adversary Proceeding No.**20−02039−jrs**

**BETTY A. NAPPIER**

Plaintiff

v.
**JULIE FISCHER**
**DAVID FISCHER ET. AL.**

Defendant

***SUMMONS IN AN ADVERSARY PROCEEDING***

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**
**Clerk, U.S. Bankruptcy Court**
**Northern District of Georgia**
**121 Spring Street SE**
**Room 120 Federal Building, Gainesville GA 30501**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**
**William Russell Patterson Jr.**
**2400 International Tower**
**229 Peachtree Street NE**
**Atlanta, GA 30303−1629**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

***Date Issued:***

**10/13/2020**

***M. Regina Thomas, Clerk of Court***

**continued caption:**

**Listing Of Defendant Names:**

JULIE FISCHER

DAVID FISCHER

FISCHER CONSULTING & MANAGEMENT, INC.